NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SWAGWAY, LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SEGWAY, INC., DEKA PRODUCTS LIMITED PARTNERSHIP, NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.,**
*Intervenors*

---

2018-1672

---

Appeal from the United States International Trade Commission in Investigation Nos. 337-TA-1007, 337-TA-1021.

---

**ON PETITION FOR PANEL REHEARING**

---

Before DYK, MAYER, and CLEVENGER, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Intervenors Segway, Inc., DEKA Products Ltd. Partnership, and Ninebot (Tianjin) Technology Co., Ltd. filed a combined petition for panel rehearing and rehearing en banc on June 10, 2019. Responses to the petition were invited by the court and filed by Appellee International Trade Commission and Appellant Swagway, LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The petition for panel rehearing is granted in part and denied in part.

2) The previous precedential opinion in this appeal, issued May 9, 2019, is withdrawn and replaced with the modified precedential opinion accompanying this order. The modifications appear in Part III of the opinion, along with corresponding changes to the introduction and conclusion.

FOR THE COURT

August 14, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court